AO 442 (Rev. 11/11) Arrest Warrant

FID 9254022

RECEIVED USMS ORLANDO
2024 FEB 27 AM 9:37

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   6:24-cr-36-JA-RMN |
| Altavious Powell | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Altavious Powell**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: February 26, 2024

*Issuing officer's signature* — L. Jernigan

City and state:   Orlando, FL

L. Jernigan, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 2/27/24, and the person was arrested on *(date)* 2/29/24
at *(city and state)* Orlando FL 2-29-24

Date: 2-29-24

*Arresting officer's signature*

Steve Hawthorn DUSM
*Printed name and title*