## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                     **CASE NO. 6:24-cr-36-JA-RMN**

**ALTAVIOUS POWELL**

---

### <u>ORDER</u>

On February 26, 2024, this Court issued a warrant for the arrest of Defendant Altavious Powell based on a Petition filed by Probation Officer Kevin Krause, who alleged that Powell had violated the conditions of his supervised release. This arrest warrant was executed on March 1, 2024. Powell appeared before this Court on March 1 and March 4, 2024, following which this Court ordered that Powell be detained pending prosecution for the new law violations for the crimes of (1) Resisting Without Violence and (2) Driving Under the Influence—both occurring on February 7, 2024, both in Lake County Circuit Court Case No. 35-2024-CF-00342—and for additionally violating the terms of his supervised release by failing to follow the instructions of the probation officer. The Court dismissed three new law violations—Possession of a Firearm by Convicted Felon, Open Carry of a Firearm, and Possession of Ammunition by a Convicted Felon—without prejudice to refiling in a superseding petition. On May 20, 2024, a Superseding Petition was filed alleging three additional

violations of Possession of a Firearm by Convicted Felon. Powell is currently detained and in the custody of the United States Marshal's Service, pursuant to the Court's Order, in Orange County Jail. (*See* Doc. 22).

Counsel for Powell and the Government have requested that Powell be transferred to the State of Florida pursuant to a Writ of Habeas Corpus issued by the State of Florida to secure the presence of Powell's person in the State's criminal prosecution.

It is therefore **ORDERED** that Defendant Altavious Powell's person shall be transferred to the State of Florida pursuant to a Writ of Habeas Corpus for the limited purpose of appearing for Lake County Circuit Court Case No. 35-2024-CF-00342. Accordingly, this Court authorizes the United States Marshal's Service, and the detention facility currently housing Powell, to transfer Powell's person to the Sheriff in and for Lake County, Florida, for that limited purpose. Powell's custody is not transferred. Powell remains in, and shall not be released from, Federal custody. Powell also remains subject to the Order of Detention that has been entered in this Federal case.

**DONE** and **ORDERED** in Orlando, Florida, on June 18, 2024.

JOHN ANTOON II
United States District Judge

Copies furnished to:

2

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Altavious Powell